IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SCOTT REED TURNLAND, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 08-B-2192-S |
| | ) | |
| WARDEN GRANT CULLIVER, | ) | |
| ATTORNEY GENERAL FOR THE | ) | |
| STATE OF ALABAMA, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on April 1, 2009 recommending that the petition for writ of habeas corpus be dismissed. The parties were allowed an opportunity in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 5th day of May, 2009.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE